# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILLIAM ALFRED,

    Plaintiff,

v.

DOUGLAS GILLESPIE, *et al.*,

    Defendants.

Case No. 2:09-CV-01833-KJD-PAL

**ORDER**

    Presently before the Court is Plaintiff's Motion for Reconsideration (#10). On December 8, 2009, the Court dismissed (#7) Plaintiff's complaint for failure to update his address with the Court in compliance with LSR 2-2 ("the Rule"). Plaintiff filed his motion for reconsideration almost seven (7) years later on September 16, 2016. Plaintiff asserts that he notified the mail room at Clark County Detention Center to forward any court mail to his new address. However, the Rule requires parties to update the Court regarding their current address. Accordingly, Plaintiff's motion for reconsideration is untimely and unmeritorious.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Reconsideration (#10) is **DENIED**.

    DATED this 18th day of April 2017.

                                                           Kent J. Dawson
                                                           United States District Judge